McClara *v.* Marion County Criminal Court.

[No. 0-591. Filed March 4, 1960.]

*Jack Gerald McClara, pro se.*

Per Curiam—The above named petitioner has filed in the office of the clerk a paper entitled "Affidavit, Petition for Permission To File and Proceed in Forma Pauperis." No such pleading or petition is within the jurisdiction of this court.

No certified copies showing any action in a trial court below are filed with the so-called petition in this case in conformity with Rule 2-35 of this court.

The papers are ordered stricken from the files.

Note.—Reported in 164 N. E. 2d 830.

Posey *v.* Murray, Judge of Lake Criminal Court.

[No. 0-581. Filed January 22, 1960. Rehearing denied March 16, 1960.]

*Winston Posey, pro se.*

Per Curiam—Petitioner has filed "Verified Petition for Special Appearance" allegedly pursuant to Rule 2-11 of this court asking in substance that this court judicially review his judgment of conviction for kidnapping.

The appellate jurisdiction of this court is limited to cases in which a transcript and assignment of errors is filed, and in their absence nothing is before us to invoke our appellate authority.

The petition is dismissed.

Achor, J., not participating because of illness.

Note.—Reported in 163 N. E. 2d 893.